Z. RYAN PAHNKE
Nevada Bar No. 9641
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Email: rpahnke@rqn.com

David J. Malley
Nevada Bar No. 8171
**JOLLEY URGA WOODBURY & HOLTHUS**
50 S. Stephanie Street, Suite 202
Henderson, Nevada  89012
Telephone: (702) 699-7500
Email: djm@juwlaw.com
*Designated for service pursuant to LR IA 11-1(b)*

*Attorneys for Plaintiff Thomas Brown*

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS BROWN, an individual, | |
| Plaintiff | Case No. 2:23-CV-1415-CDS-BNW |
| vs. | |
| AUTOMOBILI LAMBORGHINI AMERICA, LLC, a Delaware limited liability company; FINDLAY DIGUILIO, LLC, d/b/a LAMBORGHINI LAS VEGAS, a/k/a A Findlay Automotive Property, | **JOINT STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S MAGNUSON-MOSS WARRANTY ACT AND BREACH OF EXPRESS WARRANTY CLAIMS** |
| Defendants | **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Thomas Brown

("Plaintiff"), and Defendant Automobili Lamborghini America, LLC ("ALA"), Defendant

Findlay Diguilio, LLC d/b/a Lamborghini Las Vegas, a/k/a A Findlay Automotive Property

1652729

PAGE 1

1  ("LVV") (collectively, "Defendants"), through their respective counsel, that the time for Plaintiff

2  to respond to *Defendants' Motion to Dismiss Plaintiff's Magnuson-Moss Warranty Act and*

3  *Breach of Express Warranty Claims* ("Defendants' Motion to Dismiss") be extended up to and

4  including November 8, 2023.  Plaintiff's current deadline to respond to Defendants' Motion to

5  Dismiss is October 25, 2023.  The parties are in the process of considering the willingness to

6  attempt alternative dispute resolution.  The additional time stipulated to herein will allow the

7  parties to continue to explore a potential early resolution of the claims in this case.

8        The reason for the extension is not for purposes of delay or to cause prejudice to any

9  party, but to allow the parties to continue to discuss settlement options.  This is the parties' first

10  request for such an extension from the Court.  This request complies with Local Rules IA 6-1, IA

11  6-2, and 7-1.

12        DATED this 24th day of October, 2023.

13  RAY QUINNEY & NEBEKER P.C.        SNELL & WILMER L.L.P.

14  */s/ Z. Ryan Pahnke*              */s/ Dawn L. Davis*
    Z. Ryan Pahnke                   Dawn L. Davis

15  Nevada Bar No. 9641              Nevada Bar No. 13329
    *Attorneys for Plaintiff Thomas Brown*   Christian P. Ogata

16                                       Nevada Bar No. 15612

17  David J. Malley                  *Attorney for Defendants Automobili*
    Nevada Bar No. 8171            *Lamborghini America, and Findlay*

18  *Designated counsel pursuant to LR IA 11-1(b)*  *DiGuilio, LLC dba Lamborghini Las Vegas*

19

20                                **ORDER**

21                           **IT IS SO ORDERED:**

22

23                         UNITED STATES DISTRICT JUDGE

24

25                         Dated   October 25, 2023

26

27

28  1652729