Z. RYAN PAHNKE
Nevada Bar No. 9641
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Email: rpahnke@rqn.com

David J. Malley
Nevada Bar No. 8171
**JOLLEY URGA WOODBURY & HOLTHUS**
50 S. Stephanie Street, Suite 202
Henderson, Nevada  89012
Telephone: (702) 699-7500
Email: djm@juwlaw.com
*Designated for service pursuant to LR IA 11-1(b)*

*Attorneys for Plaintiff Thomas Brown*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS BROWN, an individual, | |
| Plaintiff | Case No. 2:23-CV-1415-CDS-BNW |
| vs. | |
| AUTOMOBILI LAMBORGHINI AMERICA, LLC, a Delaware limited liability company; FINDLAY DIGUILIO, LLC, d/b/a LAMBORGHINI LAS VEGAS, a/k/a A Findlay Automotive Property, | **JOINT STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S MAGNUSON-MOSS WARRANTY ACT AND BREACH OF EXPRESS WARRANTY CLAIMS** |
| Defendants | **(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Thomas Brown ("Plaintiff"), and Defendant Automobili Lamborghini America, LLC ("ALA"), Defendant Findlay Diguilio, LLC d/b/a Lamborghini Las Vegas, a/k/a A Findlay Automotive Property

1652729v.2

PAGE 1

("LVV") (collectively, "Defendants"), through their respective counsel, that the time for Plaintiff to respond to *Defendants' Motion to Dismiss Plaintiff's Magnuson-Moss Warranty Act and Breach of Express Warranty Claims* ("Defendants' Motion to Dismiss") be extended up to and including January 31, 2024.  Plaintiff's current deadline to respond to Defendants' Motion to Dismiss is November 8, 2023.  The parties have agreed to engage in alternative dispute resolution.  The additional time stipulated to herein will allow the parties to engage in alternative dispute resolution and thereby potentially bring an early resolution of the claims in this case.

The reason for the extension is not for purposes of delay or to cause prejudice to any party, but to allow the parties to continue to discuss settlement options.  This is the parties' second request for such an extension from the Court.  This request complies with Local Rules IA 6-1, IA 6-2, and 7-1.

DATED this 3rd day of November, 2023.

| RAY QUINNEY & NEBEKER P.C. | SNELL & WILMER L.L.P. |
|---|---|
| */s/ Z. Ryan Pahnke* <br> Z. Ryan Pahnke <br> Nevada Bar No. 9641 <br> *Attorneys for Plaintiff Thomas Brown* <br><br> David J. Malley <br> Nevada Bar No. 8171 <br> *Designated counsel pursuant to LR IA 11-1(b)* | */s/ Dawn L. Davis* <br> Dawn L. Davis <br> Nevada Bar No. 13329 <br> Christian P. Ogata <br> Nevada Bar No. 15612 <br> *Attorney for Defendants Automobili Lamborghini America, and Findlay DiGuilio, LLC dba Lamborghini Las Vegas* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated  November 6, 2023

1652729v.2