Z. Ryan Pahnke
Nevada Bar No. 9641
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah  84145-0385
Telephone: (801) 532-1500
Email: rpahnke@rqn.com

David J. Malley
Nevada Bar No. 8171
**HUTCHISON & STEFFEN**
10080 West Alta Drive, Suite 200
Las Vegas, Nevada  89145
Telephone: (702) 385-2500
Email: dmalley@hutchlegal.com
*Designated solely for service pursuant to LR IA 11-1(b)*

*Attorneys for Plaintiff Thomas Brown*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BROWN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMOBILI LAMBORGHINI AMERICA, LLC, a Delaware limited liability company; FINDLAY DIGUILIO, LLC, d/b/a LAMBORGHINI LAS VEGAS, a/k/a A Findlay Automotive Property,<br><br>Defendants. | Case No. 2:23-CV-1415-CDS-BNW<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO STAY DISCOVERY PLAN AND SCHEDULING ORDER DEADLINE** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Thomas Brown ("Plaintiff"), and Defendants Automobili Lamborghini America, LLC ("ALA") and Findlay Diguilio, LLC dba Lamborghini Las Vegas aka A Findlay Automotive Property ("LVV") (collectively, "Defendants"), through their respective counsel, that the deadline to submit the

1656388

1  Discovery Plan and Scheduling Order ("DPSO") in this action be stayed so that the parties can

2  engage in alternative dispute resolution prior to submitting the DPSO.

3      If the parties are not successful in resolving their disputes, they will thereafter submit the

4  DPSO.  Thus, there is good cause for a stay the submission of the DPSO until after the parties

5  engage in alternative dispute resolution.

6      DATED this 6th day of December 2023.

7  **RAY QUINNEY & NEBEKER P.C.**          **SNELL & WILMER L.L.P.**

8  */s/ Z. Ryan Pahnke*                                   */s/ Dawn L. Davis*
   Z. Ryan Pahnke                                          Dawn L. Davis
9  Nevada Bar No. 9641                                     Nevada Bar No. 13329
   *Attorneys for Plaintiff Thomas Brown*                  and
10 and                                                     Christian P. Ogata
                                                           Nevada Bar No. 15612
11                                                         *Attorneys for Defendants*
   David J. Malley
12 Nevada Bar No. 8171
   *Designated counsel pursuant to LR IA 11-1(b)*
13

14

15
                                         **ORDER**
16
17  **IT IS SO ORDERED.**

18                                      UNITED STATE MAGISTRATE JUDGE

19

20                                  Dated __12/7/2023_____

21

22

23

24

25

26

27

28
1656388

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December 2023, I electronically filed the foregoing **STIPULATED MOTION AND [PROPOSED] ORDER TO STAY DISCOVERY PLAN AND SCHEDULING ORDER DEADLINE** with the Court's CM/ECF Program, which provided notice to counsel of record in this matter.

RAY QUINNEY & NEBEKER P.C.

By: *Z. Ryan Pahnke*

*Attorneys for Plaintiff Thomas Brown*

1656388