

Dawn L. Davis, Esq.
Nevada Bar No. 13329
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: ddavis@swlaw.com
        cogata@swlaw.com

*Attorney for Defendants Automobili Lamborghini America, LLC and Findlay DiGuilio, LLC dba Lamborghini Las Vegas*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BROWN,<br><br>Plaintiff<br><br>v.<br><br>AUTOMOBILI LAMBORGHINI AMERICA, LLC, a Delaware limited liability company; FINDLAY DIGUILIO, LLC, d/b/a LAMBORGHINI LAS VEGAS, a/k/a Findlay Automotive Property,<br><br>Defendants | Case No. 2:23-cv-01415-CDS-BNW<br><br>**Order Approving Stipulation to Reopen Motion to Dismiss and Set Briefing Schedule**<br><br>[ECF No. 35] |

Plaintiff Thomas Brown and defendants Automobili Lamborghini America, LLC, and Findlay Diguilio, stipulate to re-activate Defendants' motion to dismiss [ECF No. 11] and set the following briefing schedule as follows:

  1.   On October 11, 2023, Defendants moved to dismiss the complaint.[1]

  2.   The parties then agreed to participate in the BBB Auto Line Program as required by the warranty. The parties stipulated to extend the briefing deadline pending dispute resolution.[2]

---

[1] ECF No. 11.

[2] ECF No. 21.

4934-8498-7439

3. Based on that stipulation, the Court denied the motion to dismiss without prejudice and held "[i]f the ADR negotiations are unsuccessful, the parties may file a stipulation to reactivate the motion and set a briefing schedule."[3]

4. The parties arbitrated the matter through the BBB Auto Line program. The arbitrator found in favor of Defendants, which gave Plaintiff until February 27, 2025, to accept or reject the arbitrator's decision.[4]

5. Plaintiff rejected the arbitrator's decision and intends to resume litigating this matter.[5]

6. The parties now request, under this Court's order, that this Court re-activate Defendants' motion and set the following briefing schedule:

    a. Plaintiff's response:    April 18, 2025

    b. Defendants' reply:    May 2, 2025

7. This request is made in good faith and not for the purpose of delay.

8. The parties have agreed to the relief requested.

//

---

[3] ECF No. 22 at 2.

[4] ECF No. 31 at 1.

[5] ECF No. 33 at 2.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

4934-8498-7439

Thus, the parties respectfully request that this Court re-activate the motion to dismiss and set the above briefing schedule.

IT IS SO STIPULATED.

DATED: March 27, 2025.

RAY QUINNEY & NEBEKKER P.C.

By: */s/ Gregory Roberts*
Z. Ryan Pahnke, Esq.
Nevada Bar No. 9641
36 South State Street, Suite 1400
Salt Lake City, Utah 84145-0385

David J. Malley
Nevada Bar No. 8171
Hutchison & Steffen
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Plaintiff Thomas Brown*

DATED: March 27, 2025

SNELL & WILMER L.L.P.

By: */s/ Christian Ogata*
Dawn L. Davis, Esq.
Nevada Bar No. 13329
Christian P. Ogata, Esq.
Nevada Bar No. 15612
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendants Automobili Lamborghini America, LLC and Findlay DiGuilio, LLC dba Lamborghini Las Vegas*

## ORDER

Good cause appearing, IT IS HEREBY ORDERED, that the parties' stipulation **[ECF No. 35] is approved**. The Clerk of Court is kindly directed to reopen defendants' motion to dismiss the amended complaint (ECF No. 11).

IT IS FURTHER ORDERED that plaintiff's response is due by **April 18, 2025**. Any reply is due by **May 2, 2025**.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 31, 2025

- 3 -

4934-8498-7439